## AFFIDAVIT

1.  I, LISA M. HACK, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for over seventeen (17) years. I am currently assigned to the FBI's Cleveland Division working on the Violent Crime squad. During my tenure with the FBI, I have participated in numerous federal investigations including violent crime, crimes against children, public corruption, civil rights, complex white-collar crime, and stalking and threatening communication investigations. I have used a variety of investigative techniques, including, but not limited to, wiretaps, interviews of witnesses, subjects and confidential informants, physical surveillance, reviews of telephone and financial records, and search warrants of physical premises, electronic devices and social media accounts, including Facebook. Through my employment with the FBI, I have received specialized training involving the use of technology in criminal activities.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 875(c) (Interstate Threatening Communications) have been committed by BRAD T. PICKENS (PICKENS).

4.  On or about July 24, 2021, PICKENS began sending a series of text messages to his ex-wife, ▮▮▮▮▮▮▮▮ (VICTIM), threatening to travel to Westlake, Ohio from Benecia, California to kill Melissa Pickens and her family. The threats and voice mails have continued

with a text message and email being received on July 29, 2021 at approximately 11:50 am Eastern time stating, "I hope you die today."

5.     VICTIM advised the text messages and voice mails are being sent from the phone number (707)208-0478, known to VICTIM as the cellular phone number belonging to PICKENS.

6.     Through investigation, the phone number (707)208-0478 is identified as a number serviced by Sprint/T-Mobile.  Legal process for subscriber information identifies BRAD PICKENS as the subscriber of this number since 2002 and a current California address of 447 O'Farrell Drive, Benecia, California. Furthermore, the victim identifies the voice in voice mails left between July 24 and July 29, 2021 as the voice of PICKENS.

7.     A review of Sprint records confirm call and text transactions between Pickens and the victim's phone between the dates of July 24, 2021 and July 29, 2021. Additionally, a review of sprint records indicates the location information associated with the number (707)208-0478 to be located near a cell tower in Benecia, California between the dates of July 24 and July 29, 2021.

8.     PICKENS has left multiple voice mails from the number (707)208-0478 on the victim's phone stating messages such as, "I can't wait for you to die; Just know that one day I'll be there and you're not going to know when, you fucking piece of shit; This story is going to end like one of your shows you watch on ID Discovery, you fucking bitch; You know I'm going to fucking find you; Hey cunt, I know you know it's coming so enjoy your time."

9.     Text messages have been sent from PICKENS to VICTIM stating, "I will be coming to Ohio and finishing this.  You are so manipulative that you got my parents that you hate to be on your side.  You are dead to me and will be dead soon. Cunt. You really fucked up this time."

10. Based on the foregoing, there is probable cause to believe that BRAD T. PICKENS, did transmit, in interstate and foreign commerce, using a cellular telephone, a communication containing a threat to injure, in violation of Title 18, United States Code, Section 875(c).

*Lisa M. Hack*
Lisa M. Hack
FBI Special Agent

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

07-30-2021

Jonathan D. Greenberg
United States Magistrate Judge